# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

MICHAEL BALTHAZAR

                    Plaintiff,

      vs.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. 2:20-cv-01645-RSM

**ORDER FOR EAJA ATTORNEY FEES,
COSTS AND EXPENSES**

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of $6,542.63 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010).  This award is based on 2.86 hours of attorney work in 2020 at a rate of $207.78 per hour, and 27.83 hours in 2021 at a rate of $213.74 per hour. No expenses or costs are awarded.

If the U.S. Department of Treasury verifies to the Office of General Counsel that Plaintiff does not owe a debt, the government will honor Plaintiff's assignment of EAJA Fees pay EAJA fees directly to Plaintiff's attorney, DEBRA J. VENHAUS at P.O. Box 12488, Mill Creek, WA.

DATED this 7th day of December, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:
s/Debra J. Venhaus
Debra J. Venhaus, WSBA 33458
Attorney for Plaintiff
P.O. Box 12488, Mill Creek, WA 98082
Tel: 425-332-3150

Approved for Entry:
s/Debra J. Venhaus (signed per authorization)
Leisa A. Wolf
Special Asst. U.S. Attorney
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 2, 2021, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF, which will send a notice of electronic

filing to the following:

        Leisa A. Wolf
        Special Asst. U.S. Attorney
        701 Fifth Ave., Suite 2900 M/S 221A
        Seattle, WA 98104

                          s/Debra J. Venhaus
                          Debra J. Venhaus, WSBA 33458
                          Attorney for Plaintiff
                          P.O. Box 12488
                          Mill Creek, WA 98082
                          Tel: 425-332-3150; Fax: 425-332-3195
                          DJVLaw1@aol.com

ORDER FOR EAJA FEES, COSTS AND EXPENSES
2:20-cv-01645-RSM - 2